IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 AUG -9  P 4:37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr160-CSC |
| ) | (18 U.S.C. 641) |
| SHILUNDA F. HENDERSON ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

COUNT

On or about the 14th day of February 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **SHILUNDA F. HENDERSON** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

STATE OF ALABAMA              )
                              )      **AFFIDAVIT**
COUNTY OF MONTGOMERY          )

The undersigned, being first duly sworn, deposes and says:

I, CURTIS L. DENNIS, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 14 February 2007, via closed circuit monitors, I observed SHILUNDA HENDERSON selecting a Phat Farm men's cologne. She removed the Electronic Activation System (EAS) Tag and concealed the cologne in her battle dress uniform (BDU) pocket. She later took a Prada perfume and also concealed it in her pocket. When she went to the checkout counter she paid for the other items and then started to depart from the store. She was detained in the lobby by Edward McIntyre, Loss Prevention Manager. Ms. Henderson stated that she needed to use the bathroom. Mr. McIntyre asked the cashier supervisor, Barbara Knight, to go in the bathroom with Ms. Henderson. After Ms. Henderson came out of the bathroom, Ms. Knight asked me to come into the bathroom with her and she pointed out where the merchandise was. I, Curtis Dennis, opened the personal item they had - - a sanitary napkin holder - - and found the Phat Farm cologne and Prada perfume in the tray. I removed the two items and returned them to the Loss Preventive office.

_____
CURTIS L. DENNIS

Subscribed and sworn to before me this 2nd day of August, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

| | |
|---|---|
| STATE OF ALABAMA ) | |
| ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY ) | |

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD L. MCINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a Loss Prevention Manager. On or about 14 February 2007, via closed circuit monitors, the subject, SHILUNDA HENDERSON, was observed selecting a Phat Farm men's cologne. She removed the Electronic Activation System (EAS) tag and concealed the cologne in her battle dress uniform (BDU) pocket. She later took a Prada perfume and also concealed it in her pocket. When she went to the checkout counter she paid for the other items and then started to depart from the store. When I detained her in the lobby, she stated she needed to go to the restroom "real bad." I asked the cashier supervisor, Barbara Knight, to accompany Ms. Henderson to the restroom. After Ms. Henderson came out of the bathroom, Mr. Curtis Dennis (Loss Prevention) entered with Ms. Knight. Mr. Dennis had retrieved two colognes from the sanitary napkin holder in the restroom. Security Forces was called.

_____
EDWARD L. McINTYRE

Subscribed and sworn to before me this 2nd day of August, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama