# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-cr-160-CSC** |
| ) | |
| **SHILUNDA HENDERSON** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Christopher D. James**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 6th day of December, 2007.

        Respectfully submitted,

        **s/Christopher D. James**
        CHRISTOPHER D. JAMES
        Special Assistant United States Attorney
        42 ABW/JA
        50 LeMay Plaza South
        Maxwell AFB AL  36112-6334
        Telephone: (334) 953-2786
        Fax:  (334)953-2787
        E-Mail: Christopher.James@Maxwell.af.mil

## CERTIFICATE OF SERVICE

I hereby certify that on this date of December 6, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

        **s/Christopher D. James**
        CHRISTOPHER D. JAMES
        Special Assistant United States Attorney
        42 ABW/JA
        50 LeMay Plaza South
        Maxwell AFB, AL  36112-6334
        Telephone:  (334)953-2786
        Fax:  (334)953-2787
        E-Mail: Christopher.James@Maxwell.af.mil